```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
NICO TRINKHAUS,

                Plaintiff,
                                                   O R D E R
           - against -
                                                20 Civ. 2891 (NRB)
CONSUMERTRACK, INC.,

                Defendant.
--------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Plaintiff moves for the entry of a default judgment against defendant. Plaintiff's sole effort to effectuate service of process on defendant, a California corporation headquartered in California, was service on the New York Secretary of State during the height of the COVID-19 pandemic in New York. To ensure that defendant receives the summons and the complaint, as well as the documents filed in support of the motion for default judgment, plaintiff is directed to serve the defendant by mail, FedEx, or an equivalent service, with a return receipt, at 1700 East Walnut Avenue, Second Floor, El Segundo, California 90245, which is the address listed on the California Secretary of State's website for service of process on defendant. The return receipt, which plaintiff shall file, must be signed by a representative of

defendant authorized to receive service of process on its behalf.

Dated:   New York, New York
         July 15, 2020

                                              _____
                                                 NAOMI REICE BUCHWALD
                                              UNITED STATES DISTRICT JUDGE