UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
NICO TRINKHAUS,

        Plaintiff,

    - against -

CONSUMERTRACK, INC.,

        Defendant.
----------------------------------------X

**O R D E R**

20 Civ. 2891 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    On July 7, 2020, plaintiff moved for the entry of a default judgment. See ECF No. 8. On July 15, 2020, the Court issued an order directing plaintiff "to serve the defendant by mail, FedEx, or an equivalent service, with a return receipt," which "must be signed by a representative of defendant authorized to receive service of process on its behalf." ECF No. 13 at 1-2. On July 21, 2020, plaintiff filed an affidavit of service attaching a USPS certified mail receipt that was not signed by a representative of defendant. See ECF No. 14, Ex. 1. Accordingly, the Court declines to enter the proposed default judgment, and denies plaintiff's motion without prejudice. The Clerk of Court is respectfully directed to terminate the motion pending at ECF No. 8.

Dated:    New York, New York
           July 29, 2020

                                  NAOMI REICE BUCHWALD
                                  UNITED STATES DISTRICT JUDGE